| | |
|---|---|
| James M. Makasian #071791<br>A Professional Corporation<br>1327 "N" Street<br>Fresno, CA  93721<br>Tel: 559-442-4212<br>Fax: 559-445-0328 | (SPACE BELOW FOR FILING STAMP ONLY) |

Steve P. Simonian, Jr. #082858
1327 "N" Street
Fresno, CA  93721
Tel: 559-233-5151
Fax: 559-442-4127

Attorneys for Plaintiffs
ORBELID ZAYAS ALAVEZ and FERNANDO
MARTINEZ SERRATOS

James P. Wagoner, # 058553
Lejf E. Knutson, # 234203
McCormick, Barstow, Sheppard Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Tel:     (559) 433-1300
Fax:    (559) 433-2300

Kathleen M. Nemechek, Pro Hac Vice
Berkowitz Oliver Williams Shaw & Eisenbrandt LLP
2600 Grand Blvd., Suite 1200
Kansas City, MO  64108
Tel: 816-627-0221
Fax: 816-561-1888

Attorneys for Defendant
H&R BLOCK ENTERPRISE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YORBELID ZAYAS ALAVEZ and FERNANDO MARTINEZ SERRATOS,<br><br>Plaintiffs,<br><br>v.<br><br>H&R BLOCK, INC., H&R BLOCK ENTERPRISE, INC., and DOES 1-50,<br><br>Defendants. | Case No.  1:08-cv-01008-AWI-SMS<br><br>**JOINT STIPULATION REQUESTING CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE;  ORDER THEREON**<br><br>**OLD** Date: September 16, 2008<br>Time:          9:30 a.m.<br>Magistrate:  Sandra M. Snyder<br>**NEW** Date: January 12, 2009 |

JOINT STIPULATION REQUESTING CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE
AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

The following Joint Stipulation is entered into between Plaintiffs, YORBELID ZAYAS ALAVEZ and FERNANDO MARTINEZ SERRATOS and Defendant, H&R BLOCK ENTERPRISE, INC. These parties to the above-entitled action by and through their respective counsel of record hereby agree and stipulate as follows:

1. Pursuant to F.R.C.P. 26(f) and the Court's Order Setting Mandatory Scheduling Conference, the parties through their respective counsel met and conferred on August 26, 2008 and discussed, *inter alia*, "the possibilities for a prompt settlement or resolution of the case[.]"

2. During and following the parties' meet and confer efforts through their respective counsels, it was agreed that the parties should seek an early, voluntary resolution of their dispute via private meditation. A mutual voluntary exchange of information has been agreed to by the parties.

3. During and following the meet and confer efforts of the parties through their respective counsels, it was agreed that a continuance of the Mandatory Scheduling Conference currently scheduled for September 16, 2008, would assist in an early resolution of this case.

Accordingly, THE ABOVE PARTIES, THROUGH THEIR COUNSEL OF RECORD HEREBY STIPULATE AND RESPECTFULLY REQUEST AN ORDER FROM THE COURT CONTINUING THE MANDATORY SCHEDULING CONFERENCE (90) DAYS FROM THE SCHEDULED DATE OF SEPTEMBER 16, 2008, AND TO CONTINUE THE DEADLINE FOR THE PARTIES TO FILE A JOINT SCHEDULING REPORT UNTIL ONE (1) WEEK PRIOR TO THE NEW DATE FOR THE MANDATORY SCHEDULING CONFERENCE.

4. This Stipulation may be executed in several identical counterparts, each of which shall be deemed an original and which together shall, when executed by or on behalf of all parties hereto, constitute a single Stipulation for all purposes.

5. A facsimile of the signature by or on behalf of any party hereto shall be deemed to be an equivalent to the original thereof for all purposes; provided, however, that if the original of such signature is required for purposes of filing this document with the Court or for other good

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA  93720-1501

2

JOINT STIPULATION REQUESTING CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE
AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1  reason, it shall be promptly produced.

2  / / /

3  / / /

4  Dated: September 9, 2008

5                                          By: / s / James Makasian
6                                              James M. Makasian
                                                Steve P. Simonian, Jr.
7                                               Attorneys for Plaintiffs
                                                YORBELID ZAYAS ALAVEZ and
8                                               FERNANDO MARTINEZ SERRATOS

9  Dated: September 9, 2008                McCORMICK, BARSTOW, SHEPPARD,
                                            WAYTE & CARRUTH LLP
10

11                                          BERKOWITZ, OLIVER, WILLIAMS,
                                            SHAW & EISENBRANDT LLP
12

13                                          By: / s / Kathleen Nemechek
14                                              James P. Wagoner
                                                Kathleen M. Nemechek
15                                              Lejf E. Knutson
                                                Attorneys for Defendant
16                                              H&R BLOCK ENTERPRISE, INC.

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
5 RIVER PARK PLACE EAST
FRESNO, CA 93720-1501

3

JOINT STIPULATION REQUESTING CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE
AND PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Having reviewed the Stipulation of the parties and in the interests of justice and fairness and upon a showing of good cause, IT IS HEREBY ORDERED THAT the Mandatory Scheduling Conference currently scheduled for September 16, 2008, shall be continued until January 12, 2009, at 9:30 a.m. before Judge Snyder.  Further, the deadline for the parties to submit their Joint Scheduling Report shall be continued until one (1) full week prior to the new date for the Scheduling Conference.

Dated:     9/11/2008            /s/ SANDRA M. SNYDER
                                Honorable Sandra M. Snyder
                                U.S. Magistrate Judge
                                Eastern District of California

1271229.v1

PDF created with pdfFactory trial version www.pdffactory.com