James M. Makasian #071791
A Professional Corporation
1327 N Street
Fresno, CA 93721
Tel: 559-442-4212
Fax: 559-445-0328

(SPACE BELOW FOR FILING STAMP ONLY)

Steve P. Simonian, Jr. #082858
1327 "N" Street
Fresno, CA 93721
Tel: 559-233-5151
Fax: 559-442-4127

Attorneys for Plaintiffs
ORBELID ZAYAS ALAVEZ and FERNANDO
MARTINEZ SERRATOS

James P. Wagoner, #058553
Lejf E. Knutson, #234203
McCormick, Barstow, Sheppard
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA 93720-1501
Tel:    (559) 433-1300
Fax:    (559) 433-2300

Kathleen M. Nemechek, Pro Hac Vice
Berkowitz Oliver Williams Shaw
 & Eisenbrandt LLP
2600 Grand Blvd., Suite 1200
Kansas City, MO 64108
Tel: 816-627-0221
Fax: 816-561-1888

Attorneys for Defendant
H&R BLOCK ENTERPRISE, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

YORBELID ZAYAS ALAVEZ and FERNANDO MARTINEZ SERRATOS,

   Plaintiffs,

vs.

H & R BLOCK, INC., H & R BLOCK ENTERPRISE, INC., AND DOES 1-50,

   Defendants.

Case No.: 1:08-cv-01008-AWI-SMS

**STIPULATION RE: ONGOING MEDIATION DISCUSSIONS AND APPLICABLE PRIVIILEGES TO PROPOSED CONVERSATIONS BETWEEN STEVE SIMONIAN AND H&R BLOCK'S CONSULTING EXPERT;**

**ORDER**

STIPULATION – Case No. 1:08-cv-01008-AWI-SMS

33675/00000-1344999.v1

PDF created with pdfFactory trial version www.pdffactory.com

COME NOW defendant H&R Block Enterprises, Inc. ("Block"), and Plaintiffs Yorbelid Zayas Alavez and Fernando Martinez Serratos ("Plaintiffs") and their counsel of record, Steve Simonian and James Makasian (plaintiff's "Counsel"), and stipulate and agree as follows:

1) On December 19, 2008, counsel and representatives for Block and counsel and representatives for Plaintiffs voluntarily took part in a medition before Judge Raul A. Ramirez, Retired at the offices of McCormick & Barstow, L.L.P. in Fresno, California;

2) In furtherance of, and as part of, the ongoing mediation and settlement negotiations between Plaintiffs and Block which began on December 19, 2008, Block has agreed to allow counsel for Plaintiffs, Steve Simonian, to speak directly with Block's consulting expert ("Consultant") (the "Discussion");

3) The Parties to this Stipulation agree and do hereby stipulate that the Discussion will be conducted in accordance with, and subject to the protections provided by, Cal. Evid. Code 1119(a), Federal Rule of Evidence 501 and Local Rule 16-271. *See also, Foxgate Homeowners Ass'n v. Bramalea* Cal. (2001) 26 Cal.4th 1, 15; *Folb v. Motion Picture Indus. Pension & Health Plans,* 16 F.Supp.2d 1164, 1179-1180 (C.D.Cal. 1998); *Olam v. Congress Mortg. Co.,* 68 F.Supp.2d 1110, 1121 (N.D. Cal. 1999). The parties further agree and do hereby stipulate that nothing said during the Discussion shall be subject to discovery or admissible in this or any other proceeding;

4) The Parties to this Stipulation agree and do hereby stipulate that neither Plaintiffs nor their Counsel will disclose or use the fact of the Discussion itself or any information learned during the Discussion for *any* purpose;

5) The Parties to this Stipulation agree and do hereby stipulate that the Discussion does not waive any privilege that applies to the work of Consultant, including but in no way limited to the work product privilege, the attorney client privilege and/or the protections afforded by Rule 26(b)(4), Cal. Evid. Code 1119(a), Federal Rule of Evidence 501 and/or Local Rule 16-271;

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

6) The Parties to this Stipulation agree and do hereby stipulate that neither Plaintiffs nor their Counsel will seek to discover facts known or opinions held by Consultant in this or any other proceeding or use the Discussion as a basis to seek such information.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PDF created with pdfFactory trial version www.pdffactory.com

AGREED:

Dated: January 15, 2009                     /s/ James M. Makasian
                                            James M. Makasian


                                            /s/ Steve P. Simonian, Jr.
Dated: January 15, 2009                     Steve P. Simonian, Jr.
                                            Individuall and as Attorneys for and on behalf of
                                            Plaintiffs YORBELID ZAYAS ALAVEZ and
                                            FERNANDO MARTINEZ SERRATOS


                                            McCORMICK, BARSTOW, SHEPPARD,
Dated: January 20, 2009                     WAYTE & CARRUTH LLP


                                            /s/ James P. Wagoner
                                            James P. Wagoner
                                            Lejf E. Knutson


Dated: January 20, 2009                     BERKOWITZ OLIVER WILLIAMS
                                            SHAW & EISENBRANDT LLP


                                            /s/ Kathleen M. Nemechek
                                            Kathleen M. Nemechek


                                            Attorneys for Defendant
                                            H&R BLOCK ENTERPRISE, INC.


Dated: January 20, 2009                     RAMIREZ ARBITRATION & MEDIATION
                                            SERVICES


                                            /s/ Raul A. Ramirez
                                            Judge Raul A. Ramirez, Ret.


IT IS SO ORDERED:

Dated:    1/22/2009

                                            /s/ Sandra M. Snyder
                                            The Hon. Magistrate Judge Sandra Snyder

PDF created with pdfFactory trial version www.pdffactory.com