| | |
|---|---|
| 1  James M. Makasian, #071791<br>   A Professional Corporation<br>2  1327 N Street<br>   Fresno, CA 93721<br>3  Tel: 559-442-4212<br>   Fax: 559-445-0328<br>4<br>   Steve P. Simonian, Jr., #082858<br>5  1327 "N" Street<br>   Fresno, CA 93721<br>6  Tel: 559-233-5151<br>   Fax: 559-442-4127<br>7<br>   Attorneys for Plaintiffs<br>8  YORBELID ZAYAS ALAVEZ and FERNANDO<br>   MARTINEZ SERRATOS | (SPACE BELOW FOR FILING STAMP ONLY)<br><br>**FILED**<br>JUN 2 2 2009<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>     DEPUTY CLERK |

9

10  James P. Wagoner, # 058553
    Lejf E. Knutson, # 234203
11  McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
12  P.O. Box 28912
    5 River Park Place East
13  Fresno, CA 93720-1501
    Tel: 559 433-1300
14  Fax: 559 433-2300

15  Kathleen M. Nemechek, Pro Hac Vice
    Berkowitz Oliver Williams Shaw & Eisenbrandt, LLP
16  2600 Grand Blvd., Suite 1200
    Kansas City, MO 64108
17  Tel: 816-627-0221
    Fax: 816-561-1888

18  Attorneys for Defendant
    H&R BLOCK ENTERPRISE, INC.
19
20              UNITED STATES DISTRICT COURT
21              EASTERN DISTRICT OF CALIFORNIA
22

| | |
|---|---|
| YORBELID ZAYAS ALAVEZ and<br>FERNANDO MARTINEZ SERRATOS,<br><br>           Plaintiffs,<br><br>v.<br><br>H & R BLOCK, INC., H & R BLOCK<br>ENTERPRISE, INC., AND DOES 1-50,,<br><br>           Defendants. | Case No. 1:08-cv-01008-AWI-SMS<br><br>**STIPULATED REQUEST FOR<br>DISMISSAL WITH PREJUDICE<br>PURSUANT TO FRCP 41(a)(1)(ii)** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
5 River Park Place East
Fresno, CA 93720-1501

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE -- CASE NO. 1:08-CV-01008-AWI-SMS

IT IS HEREBY STIPULATED by and between the parties to this action, through their designated counsel, that the above-captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure. Each party shall bear its own fees and costs.

Dated: June 16, 2009

/s/ James M. Makasian
James M. Makasian

Dated: June 16, 2009

/s/ Steve P. Simonian, Jr.
Steve P. Simonian, Jr.
Individually and as Attorneys for and on behalf of Plaintiffs YORBELID ZAYAS ALAVEZ and FERNANDO MARTINEZ SERRATOS

Dated: June 17, 2009

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

/s/ James P. Wagoner
James P. Wagoner
Lejf E. Knutson

Dated: June 17, 2009

BERKOWITZ OLIVER WILLIAMS SHAW & EISENBRANDT LLP

/s/ Kathleen M. Nemechek
Kathleen M. Nemechek

Attorneys for Defendant
H&R BLOCK ENTERPRISE, INC.

It is so Ordered. Dated: 6-19-09

United States District Judge

33675/00000-1408466.v1

2

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE -- CASE NO. 1:08-CV-01008-AWI-SMS